1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ALAN DEAN HILL,                    No.  2:25-cv-1096 SCR P

12              Petitioner,

13        v.                                    ORDER

14   SUPERIOR COURT OF CALIFORNIA,

15              Respondent.

16

17        Petitioner, a county jail inmate proceeding pro se, filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 20, 2025, the magistrate judge filed findings and recommendations herein which

21   were served on petitioner and which contained notice to petitioner that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  Petitioner filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                                1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1. The findings and recommendations (ECF No. 7) are adopted in full; and

3        2. Petitioner's application for a writ of habeas corpus is summarily dismissed without

4    prejudice based on the <u>Younger</u> abstention doctrine.

5        3. The court declines to issue the certificate of appealability referenced in 28 U.S.C.

6    § 2253.

7    Dated:  July 3, 2025

8    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16    Th/hill1096.804.hc

17

18

19

20

21

22

23

24

25

26

27

28

2